ANNE WALCOTT, Respondent, *v.* THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

*Walcott* v. *Fidelity & Casualty Co. of New York*, 177 App. Div. 885, affirmed.

(Argued January 30, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on a policy of accident insurance. The complaint alleged that the insured accidentally fell from the window of his office and received injuries resulting in his death. The defendant, by its answer, denied that the death of insured resulted from accidental causes and for a defense alleged that he committed suicide by jumping from his window to the street and that by the terms of the policy death by suicide is expressly excluded from said policy.

*Edward P. Morton* and *Charles C. Nadal* for appellant.

*William Travers Jerome* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.